**Order entered November 22, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01319-CV

## IN RE ROBERT E. MARZETT, Relator

**Original Proceeding from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 001-02121-2016**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's November 9, 2016 petition

for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.

/s/    DOUGLAS S. LANG
JUSTICE